MICHELINA R. ZANGRILLO, as Administratrix of the Estate of ANTONIO ZANGRILLO, Deceased, Respondent, v. LINDE AIR PRODUCTS COMPANY, Appellant, et al., Defendants.—In a negligence action, order granting in part and denying in part plaintiff's motion to vacate the appellant's demand for a bill of particulars modified on the law and the facts by striking the following items from the first ordering paragraph: 2(e), (f), (g); 3(d), (e); 5(a), (c), (d), (f), (g), (h), (i), (j); and by inserting at the appropriate places in the second ordering paragraph the same items with the language altered as follows: In items 2(e), 3(d), and 5(a) the word "detailed" is struck out. In item 5(f) the words "in detail" are struck out. In items 2(e), (f), (g), 3(d), 5(c), (g), (h) the clauses or phrases calling for the names and positions of employees are struck out. As thus modified, the order, insofar as appealed from, is affirmed, with ten dollars costs and disbursements to appellant, the bill to be served within twenty days after entry of the order hereon. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.